Jihad M. Smaili [SBN: 262219]
Stephen D. Counts [SBN: 231348]
**SMAILI & ASSOCIATES, PC**
2114 N Broadway, Suite 200
Santa Ana, CA 92706
714-547-4700
714-547-4710 (facsimile)

Attorneys for Plaintiff
VEOLIS CARROLL

Dorothy L. Black [SBN: 211260]
**JACKSON LEWIS P.C.**
225 Broadway, Suite 2000
San Diego, CA 92101
(619) 573-4915
(619) 573-4900(Main)

Attorneys for Defendants
SP PLUS CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOLIS CARROLL, an individual,<br><br>             Plaintiffs,<br>       v.<br><br>SP PLUS CORPORATION, a corporate entity unknown; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.: 3:22-cv-00738-RSH-KSC<br>Assigned for all purposes to the<br>Hon. Robert S. Huie<br><br>**PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**<br><br>Final Pre-Trial Conference:  None Set<br><br>Trial Date:                                  None Set |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

The Parties stipulate, in consideration of a negotiated resolution between them, including an agreement that each party shall bear its own costs and fees, to the dismissal of this entire action with prejudice as against all parties without any court award of costs or attorneys' fees, pursuant to Federal Rules of Civil Procedure Rule 41(a)(A)(ii) and Rule 41(a)(B).

Dated: December 20, 2022			**SMAILI & ASSOCIATES, P.C.**

					By: /s/Jihad M. Smaili
					Jihad M. Smaili, Esq.
					Stephen D. Counts, Esq.
					Attorneys for Plaintiff

Dated: December 20, 2022			**JACKSON LEWIS P.C.**

					By: /s/Dorothy L. Black
					Dorothy L. Black, Esq.
					Attorneys for Defendant

---

**PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 20, 2022     **SMAILI & ASSOCIATES, PC**

By: /s/ *Jihad M. Smaili*
Jihad M. Smaili

**PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

3