UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veolis Carroll,<br><br>                             Plaintiff,<br><br>v.<br><br>SP Plus Corporation; and DOES 1 through 50, inclusive;<br><br>                           Defendants. | Case No.:  3:22-cv-00738-RSH-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**[ECF No. 10]** |

After considering the Parties' Joint Motion for Dismissal with Prejudice [ECF No. 10], the Court **GRANTS** the Motion. The civil action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**SO ORDERED**.

Dated:  January 3, 2023

_____
Hon. Robert S. Huie
United States District Judge